UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LEONIDA VASQUEZ,   Civil Action No.: 11-cv-8058 (VLB)

                Plaintiffs,   **NOTICE OF APPEARANCE**

      -against-   CIVIL ACTION

THE CITY OF NEW ROCHELLE, THE NEW
ROCHELLE POLICE DEPARTMENT, P.O.
JULIO ARROYO and other unknown Officers
Employed by the NEW ROCHELLE POLICE
DEPARTMENT,   Electronically Filed

                Defendants.
-------------------------------------------------------------X

TO THE CLERK OF UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:

    Please enter the appearance of James P. Lundy, Richard M. Kenny and The Law Office of Richard M. Kenny, as attorneys for the plaintiff, LEONIDA VASQUEZ.

Dated: New York, New York   Yours, etc.,
          December 16, 2011

                                                  LAW OFFICE OF RICHARD M. KENNY

                                                By: _____
                                                     James P. Lundy (JPL 5859)

                                                By: _____
                                                   Richard M. Kenny (RMK 9266)

                                                Attorneys for Plaintiff
                                                LEONIDA VASQUEZ
                                                875 Avenue of the Americas—Suite 805
                                                New York, New York  10001
                                                (212) 421-0300 Telephone
                                                (212) 421-1774 Facsimile
                                                Email: JLundy@rmklaw.com,
                                                        RKenny@rmklaw.com